I understand the appellant submitted a letter requesting that they be permitted to submit, that's fine. Mr. Ginsberg, do you want to argue anyway? May it please the court, the district court properly dismissed plaintiff's claims under the guarantee clause, plaintiff's claims under the petition clause, and plaintiff's claims under New York State law. And unless there are any questions, we would rest on our brief. No questions, thank you. Thank you. The court will reserve decision.